**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

M.D. Appeal Dkt.
3 MAP 2018

IN RE: APPEAL OF THE BOARD OF : No. 526 MAL 2017
COMMISSIONERS OF CHELTENHAM :
TOWNSHIP FROM THE DECISION :
DATED DECEMBER 16, 2015, OF THE : Petition for Allowance of Appeal from
ZONING HEARING BOARD OF : the Order of the Commonwealth Court
CHELTENHAM TOWNSHIP :
:
:
:
PETITION OF: BOARD OF :
COMMISSIONERS OF CHELTENHAM :
TOWNSHIP :

**ORDER**

**PER CURIAM**

**AND NOW**, this 29th day of January, 2018, the Petition for Allowance of Appeal is
**GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the
remaining issue. The issue, as stated by petitioner, is:

Did the Commonwealth Court overlook the express language of 53 P.S. 10917
by holding that a zoning application for special exception is governed by an
ordinance other than the ordinance in effect when the zoning application was
filed?